IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KYLE JOHNSON,**
    Plaintiff,

vs.                                               CASE NO.: 5:06cv235/MCR/MD

**HOLMES CORRECTIONAL
INSTITUTION, et al,**
    Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 6, 2006.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

      Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The plaintiff's case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim due to plaintiff's failure to exhaust his administrative remedies before filing suit.

      DONE AND ORDERED this 15th day of February, 2007.

                                              _s/ M. Casey Rodgers_
                                          **M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE**